# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2014

## NO. 03-13-00533-CV

**The Railroad Commission of Texas, Appellant**

**v.**

**CenterPoint Energy Resources Corp. d/b/a CenterPoint Energy Entex and CenterPoint Energy Texas Gas, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### REVERSED AND DISMISSED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 19, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and dismisses the Utilities' claims for lack of jurisdiction. The Utilities' shall pay all costs relating to this appeal, both in this Court and in the court below.